ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                                )
                                                           )
Accenture Federal Services, LLC                            )    ASBCA No. 62901
                                                           )
Under Contract Nos. GS00Q09BGD0005                         )
        T.O. FA8726-16-F-0001 *et al.*                     )

APPEARANCES FOR THE APPELLANT:          Nicole J. Owren-Wiest, Esq.
                                        Skye Mathieson, Esq.
                                          Crowell & Moring LLP
                                          Washington, DC

APPEARANCES FOR THE GOVERNMENT:         Arthur M. Taylor, Esq.
                                          DCMA Chief Trial Attorney
                                        Samuel W. Morris, Esq.
                                          Trial Attorney
                                          Defense Contract Management Agency
                                          Chantilly, VA

OPINION BY ADMINISTRATIVE JUDGE THRASHER

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,789,367.38. Interest shall be paid on this amount pursuant to 41 U.S.C. § 7109 from November 3, 2020 until date of payment.

Dated: June 24, 2021

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur

_RICHARD SHACKLEFORD_
RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

_OWEN C. WILSON_
OWEN C. WILSON
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA No. 62901, Appeal of Accenture
Federal Services, LLC, rendered in conformance with the Board's Charter.

Dated:  June 24, 2021

_PAULLA K. GATES-LEWIS_
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals